STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

20-17 C/W
20-14, 20-15, 20-16

SALINE LAKESHORE, L.L.C.

VERSUS

BUDDY CANNON

************

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, DOCKET NO. 2016-2553
HONORABLE KERRY SPRUILL, DISTRICT JUDGE

************

**SYLVIA R. COOKS**
**JUDGE**
************

Court composed of Sylvia R. Cooks, D. Kent Savoie and Candyce G. Perret, Judges.

**AFFIRMED.**

Randall L. Wilmore
Edward E. Rundell
Gold, Weems, Bruser, Sues & Rundell
P.O. Box 6118
Alexandria, LA 71351
(318) 445-6471
COUNSEL FOR PLAINTIFF/APPELLANT:
      Saline Lakeshore, L.L.C.

Ricky L. Sooter
4615 Parliament Drive, Suite 202
Alexandria, LA 71303
(318) 767-2226
COUNSEL FOR PLAINTIFF/APPELLANT:
      Saline Lakeshore, L.L.C.

**Charles A. Riddle**
**Riddle & Donaghey, LLC**
**P.O. Box 608**
**Marksville, LA 71351**
**(318) 240-7217**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Buddy Cannon**

**COOKS, Judge.**

For the reasons assigned in the companion case of *Saline Lakeshore, L.L.C. v. Marlon Littleton & Benita Littleton*, 20-14 (La.App. 3 Cir. __/__/__), ___ So.3d ____, the judgment of the district court dismissing Saline's petitory action against Buddy Cannon is affirmed.  All costs of this appeal are assessed against appellant, Saline Lakeshore, L.L.C.

**AFFIRMED.**